RECEIVED
IN ALEXANDRIA, LA.

JUN 08 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT BRUCE<br>    La. DOC #397176<br>VS.<br><br>WARDEN TIM WILKINSON | CIVIL ACTION NO. 1:10-cv-0383<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE<br><br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d) and he is not eligible for the benefits of either statutory or equitable tolling.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 7th day of June, 2010.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE